UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

OLIJAHJUAN RICHARD

VERSUS

ASCENSION PARISH JAIL.

CIVIL ACTION

22-276-SDD-EWD

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated March 6, 2023, to which an *Objection*[2] was filed. After considering the *Objection* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY**, this case is DISMISSED WITHOUT PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A due to Plaintiff Olijahjuan Richard's failure to exhaust administrative remedies before filing suit in this Court, as required by 42 U.S.C. § 1997e.

Signed in Baton Rouge, Louisiana, on this 29 day of March, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 8.
[2] Rec. Doc. 9.